IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMAR GOULET                                                                                           PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:22-cv-89-NBB-JMV

THE UNIVERSITY OF MISSISSIPPI                                                        DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**. The plaintiff's motion for leave to file supplemental exhibit is **DENIED as moot**. This case is dismissed with prejudice and closed.

This 24th day of July, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE